Nos. 5235, 5236 y 5237.—PUEBLO, apldo., *v*. SIERRA (*a*) LUIS DALTA, acusado, aplte.—C. D. San Juan. Diciembre 12, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, la apelación en estos casos se interpuso en 27 de

agosto de 1932 y en 20 de marzo de 1932 esta corte, después de citar al apelante para que expusiese las causas por las cuales no debía desestimarse la apelación, oído su informe, dispuso que continuase la tramitación de estos recursos;

Por cuanto, dictada una nueva orden para mostrar causa y señalado el día 10 del corriente mes para la vista del mismo, compareció el apelante manifestando que había radicado su alegato, que su apelación es meritoria y que en la misma se discuten importantes cuestiones de derecho, y solicitando que se continuase la tramitación de los recursos, a cuya solicitud se opuso el fiscal;

Por tanto, teniendo en cuenta que no se ha solicitado la desestimación de los recursos de apelación en estos casos y las razones aducidas por la parte apelante, se accede a lo solicitado y *se ordena* que continúe la tramitación de los recursos interpuestos.